FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 05, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTOPHER LEE S.,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | No. 1:21-CV-03087-SAB<br><br>**ORDER GRANTING STIPULATED MOTION FOR REMAND** |

    Before the Court is the parties' Stipulated Motion for Remand, ECF No. 13. The motion was considered without oral argument. Plaintiff is represented by D. James Tree; Defendant is represented by Danielle R. Mroczek and Timothy Durkin.

    The parties stipulate that the above-captioned case be reversed and remanded for further administrative proceedings. They stipulate that on remand, the administrative law judge (ALJ) will offer Plaintiff the opportunity for a hearing; consider the new evidence submitted to the Appeals Council; send the claimant to an updated consultative examination; if necessary, obtain medical expert evidence; further evaluate the claimant's residual functional capacity; further evaluate the claimant's subjective complaints; and issue a new decision.

    They further stipulate that the remand be made pursuant to sentence four of 42 U.S.C. § 405(g), and that Plaintiff will be entitled to reasonable attorney fees

**ORDER GRANTING STIPULATED MOTION FOR REMAND** ~ 1

and expenses pursuant to 28 U.S.C. § 2412, and costs pursuant to 28 U.S.C. § 1920, upon proper request to the Court.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion for Remand, ECF No. 13, is **GRANTED**.

2. The above-captioned case is **REVERSED** and **REMANDED** for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

3. On remand, the administrative law judge (ALJ) will offer the claimant the opportunity for a hearing; consider the new evidence submitted to the Appeals Council; send the claimant to an updated consultative examination; if necessary, obtain medical expert evidence; further evaluate the claimant's residual functional capacity; further evaluate the claimant's subjective complaints; and issue a new decision.

4. Plaintiff is entitled to reasonable attorney fees and expenses pursuant to 28 U.S.C. § 2412, and costs pursuant to 28 U.S.C. § 1920, upon proper request to this Court.

5. The District Court Executive is directed to enter judgment in favor of Plaintiff and against Defendant.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to file this Order, provide copies to counsel, and close the file.

**DATED** this 5th day of April 2022.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 2**